# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **AUSTIN J. RAPPUHN**, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) **CIVIL ACTION NO. 20-528-CG-N** |
| **PRIMAL VANTAGE COMPANY, INC.**, | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

In accordance with the Court's order entered this date, granting Defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant, **PRIMAL VANTAGE COMPANY, INC.**, and against Plaintiff, **AUSTIN J. RAPPUHN**, and this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 7th day of December, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE